Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
District of

Division

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 11 2019**

JEFFREY P. COLWELL
CLERK

Arthur Hooks
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Z-Trip, Dwight Kines
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

# COMPLAINT AND REQUEST FOR INJUNCTION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Arthur Hooks |
| Street Address | P.O Box 15743 |
| City and County | Colorado Springs |
| State and Zip Code | Colorado 80935 |
| Telephone Number | 719-355-6145 |
| E-mail Address | Hooks1985@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
  Name: Z-Trip, Dwight Kines
  Job or Title (if known): Director
  Street Address: 2100 Huntington Ave
  City and County: Baltimore 21211
  State and Zip Code: MD 21211
  Telephone Number: 443-573-3416
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Refusing to process a grievance because an employee is not a union member denying due process. Denying medical assistance, Breach of employment contracts. Wrongful discharge of employment.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Colorado Springs
Plaintiff was hit from behind in a company cab and was not process and treated in a normal way. Two days later the plaintiff driver contract was discharged without being properly investigated by Z-Trip and Dwigt Kines. The plaintiff tried to fail a complete with union but was denied access to union paper work. If the company would have investigated properly they would have seen that it is several litigating factors not being addressed.

B. What date and approximate time did the events giving rise to your claim(s) occur? 2-26-19
4:00pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* 1. ON February 26, the plaintiff was in a company cab an was hit from behind in a auto accident and was not at fault. The plaintiff completed head, neck and shoulder pain but was denied medical assistance by the company. 2. ON March 1, Z-Trip and Dwight Kines discharge the plaintiff driver contact without hearing all the facts of the case. Denying the plaintiff the right to defend his self. 3. MacKenzie Gotwald the person who hit the cab from behind 4. The traffic cameras on 21st and colorado.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Plaintiff need this injunction to return back to work. Whit out this injunction plaintiff will not be able pay for meditation, rent and all his bills. The local legal process is very slow and the plaintiff can not sit out of work not earning a living. The plaintiff can not presume happiness if he can't make a living and will most likely fall into a depression if he can't go back to work. The money the plaintiff will lose in the time of the legal process is not reasonable compensation.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff request an injunction to return back to work. Two hundred thousand dollars for injury and harm. Fifty thousand dollars to be donate to St Jude Hospital. The plaintiff fill like he is entitled to relief because his constitutional rights were violated.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-8-19

Signature of Plaintiff: *Arthur Hooks*
Printed Name of Plaintiff: Arthur Hooks

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____



A. HOOKS
P.O. Box 1572
Colorado Springs, CO 80901

DENVER CO 802
08 MAR '19
PM 7 L

80294-250151

U.S District Court
Office of the Clerk
901-19th - Room A105
Denver, CO 80294